## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Carlos Bustamante

                           Plaintiff,

v.                                             Case No.: 1:16−cv−11753
                                                     Honorable Sharon Johnson Coleman

Firehouse Pizza & Pub, LLC, et al.

                           Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 14, 2017:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation, the Court grants the parties agreed joint motion for approval of settlement agreement and stipulation of dismissal and hereby dismisses this action without prejudice, which shall automatically convert to a dismissal with prejudice and without costs on June 30, 2018 pursuant to the stipulation of the parties. Status hearing set to 6/15/2017 is hereby stricken. All pending motions are stricken as moot.Civil case terminated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.